IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SAMUEL BALLARIN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-07-0278 |
| | § | |
| | § | |
| CHURRASCARIA CHURRASCOS RANCH, INC., | § | |
| | § | |
| | § | |
| Defendant. | § | |

### ORDER OF DISMISSAL

This case was filed as a collective action suit under minimum pay and overtime pay requirements of the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* The parties settled the named plaintiff's claim on an individual basis before the motion for certification as a collective action was filed. The parties' agreed motion to dismiss the individual claim of Samuel Ballarin with prejudice is granted. (Docket Entry No. 6). Each party is to bear its own costs.

SIGNED on February 21, 2007, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge